# Court of Appeals
# of the State of Georgia

ATLANTA,__March 04, 2014____

*The Court of Appeals hereby passes the following order:*

**A14D0250. SELENA GOODEN v. ZACHARY ELLIS.**

On December 20, 2013, Selena Gooden filed a pro se application for discretionary appeal in the Supreme Court, seeking to appeal a November 20, 2007 order modifying child custody. The Supreme Court transferred the case to this Court after determining that the action did not involve a judgment for divorce and alimony. We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d); *Hill v State*, 204 Ga App 582 (420 SE2d 393) (1992). Here, Gooden filed her application nearly six years after the trial court's order was entered. Accordingly, the application is untimely and must be dismissed for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/04/2014____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*